```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALBERT E. CUNEO,              )
     Appellant,               )  Civil Action No. 07-366
                              )
     v.                       )  Procedural Order for
                              )   Bankruptcy Appeals
JODY BENNINGER,               )
     Appellee.                )
```

                              ORDER

The above action seeks review of a decision by the United States Bankruptcy Court for the Western District of Pennsylvania. In accordance with Bankruptcy Rules 8009 and 8010, IT IS HEREBY ORDERED that the parties shall proceed as follows:

(1)   The appellant shall serve and file their brief by April 12, 2007.

(2)   The appellees shall serve and file their brief by April 27, 2007.

(3)   The appellant may serve and file a reply brief by May 7, 2007.

(4)   No extensions of time will be permitted without order of the Court.

                                   BY THE COURT:


                                   s/Gary L. Lancaster
                                   Gary L. Lancaster,
                                   United States District Judge

Dated: March 28, 2007

cc: All parties of record