UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT E. CUNEO,<br>PLAINTIFF, | |
| vs. | CIVIL ACTION<br>DOCKET NO. 2:07-CV-0366 |
| JODY L. BENNINGER,<br>DEFENDANT. | JUDGE GARY L. LANCASTER |

## ORDER OF COURT

AND NOW, this 5th day of April, 2007, upon consideration of Plaintiff's motion brought under 11 USC 8010 (c) it is hereby ORDERED that the Motion be and is GRANTED as follows:

1. The 50 page limitation for briefs on appeal from orders and opinions of the bankruptcy court is hereby waived for this action, and the Plaintiff may liberally describe and argue the elements of the bankruptcy court's order and memorandum opinion as the plaintiff may elect for consideration of this appeal.

BY THE COURT:

_____
GARY L. LANCASTER
UNITES STATES DISTRICT COURT JUDGE

1